**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-0543

Cindy and Blake Couvillion

- - Versus - -

Ryan Matherne, D.D.S.

21st Judicial District Court
Case #: 20140002852
Tangipahoa Parish

On Application for Rehearing filed on 03/03/2020 by Cindy and Blake Couvillion

Rehearing _Denied_.

Page McClendon

Jewel E. "Duke" Welch

Guy Holdridge

McClendon, J. Concurs.

Date _JUL 1 7 2020_

Rodd Naquin, Clerk